MARA W. ELLIOTT, City Attorney
M. TRAVIS PHELPS, Assistant City Attorney
PAUL H. JAMES, Deputy City Attorney
California State Bar No. 227228
    Office of the City Attorney
    1200 Third Avenue, Suite 1100
    San Diego, California 92101-4100
    Telephone:  (619) 533-5800
    Facsimile:   (619) 533-5856
    Email: pjames@sandiego.gov

Attorneys for Defendant City of San Diego

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOE CORDERO, PATRICK FISHER, ROBERT RUDE, KRIS WALB, and All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY OF SAN DIEGO, and DOES 1-20, inclusive,<br><br>    Defendant. | Civil Case No. '23CV0365 LAB JLB<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION**<br><br>**[28 U.S.C. § 1446]**<br><br>(San Diego Superior Court Case No: 37-2022-00023593-CU-BC-CTL) |

TO:   THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant, CITY OF SAN DIEGO, ("Defendant") hereby removes this action to the United States District Court for the Southern District of California under 28 U.S.C. §§ 1331, 1441 and 1446, and Federal Rules of Civil Procedure, Rule 81(c) in the civil action entitled *Noe Cordero, et al. v. City of San Diego, et al.*, Case No. 37-2022-00023593-CU-BC-CTL.

**STATEMENT OF GROUNDS FOR REMOVAL**

1. The action pending in the Superior Court of the State of California in and for the County of San Diego, entitled *Noe Cordero, et al.  v. City of San Diego,*

*et al.*, Case No. 37-2022-00023593-CU-BC-CTL, was commenced on June 17, 2022 and the Complaint and Summons were served on Defendant on August 1, 2022.

2.   On January 27, 2022, counsel for Plaintiffs filed a Second Amended Complaint with an additional cause of action for Violation of the Fair Labor Standards Act under 29 U.S.C section 216(b).

3. Pursuant to 28 U.S.C. § 1446, copies of the pleadings and papers served on Defendant in the above-described action are included with this Notice of Removal as follows:

**EXHIBIT 1:** Plaintiffs' Summons & Complaint

**EXHIBIT 2:** Plaintiff's First Amended Complaint

**EXHIBIT 3:** Defendant's Answer to First Amended Complaint

**EXHIBIT 4:** Stipulation and Proposed Order to Add Plaintiff to First Amended Complaint

**EXHIBIT 5:**  Plaintiffs' Case Management Statement

**EXHIBIT 6:**  Plaintiffs' Notice of Payment of Advance Jury Fee

**EXHIBIT 7:**  Defendant's Case Management Statement

**EXHIBIT 8:**  Defendant's Notice of Payment of Advance Jury Fee

**EXHIBIT 9:**   Plaintiffs' Notice of Filing Verifications

**EXHIBIT 10:**  Stipulation and Order Permitting Second Amended Complaint

**EXHIBIT 11:**  Plaintiffs' Second Amended Complaint and Proof of Service

**EXHIBIT 12:**   Plaintiffs' Consent to Join Under Fair Labor Standards Act

3.   The action pending in the state court contains claims under the Fair Labor Standards Act under 29 U.S.C. Section 216(b). (Ex. 10 at pp. 6:2-7:33) Accordingly, and pursuant to the provisions of 28 U.S.C. § 1331, this Honorable Court has original federal question jurisdiction of the action.  This Court also

enjoys supplemental jurisdiction under 28 U.S.C. § 1367 for the asserted state claims that are alleged as they arise under the same transactions or occurrences.

4. Since the action is one within the federal question jurisdiction of the federal district courts, the action is removable to federal court without regard to citizenship of the parties under 28 U.S.C. § 1441(b). Plaintiffs have not alleged a claim that is not within the original or supplemental jurisdiction of the court.

5. Consent to Removal- DOE Defendants.  Upon information and belief, "DOE CONSTRUCTION COMPANY" and "DOES 1 through 20" have not been named or served, and their consent is therefore not required.  28 U.S.C. § 1446(b)(2)(A).

6. Removal is timely under 28 U.S.C. § 1446(b) because this Notice of Removal is filed within 30 days of service of process of the original complaint stating a claim within federal jurisdiction, which was on January 27, 2023.  (Exhibit 10.)

7. In compliance with 28 U.S.C. §1446(d), Defendant will serve Plaintiffs' attorney with a copy of this Notice of Removal and its attachments. Defendant will also provide written notice to the clerk of the State Court and Plaintiffs with a copy of this Notice of Removal attached thereto.

Dated:  February 24, 2023          MARA W. ELLIOTT, City Attorney

By  /s/ Paul H. James
     Paul H. James
     Deputy City Attorney

Attorneys for Defendant City of San Diego