# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

<u>Case Name</u>:  **Cordero, et al. v. City of San Diego, et al.**     <u>Case No.</u>:   **23-cv-00365-L-JLB**

    The parties have advised the Court that this case has settled. (ECF No. 49.) Accordingly, all dates and deadlines in the Scheduling Order (ECF No. 42) are hereby **VACATED**.

Date:  June 10, 2025                                              Initials:  lc2
                                                       Chambers of the Hon. Jill L. Burkhardt