MICHAEL A. CONGER (State Bar #147882)
LAW OFFICES OF MICHAEL A. CONGER
16236 San Dieguito Road, Suite 4-14
P.O. Box 9374
Rancho Santa Fe, CA 92067
Telephone: (858) 759-0200
e-mail: mike@lawconger.com
Attorney for Plaintiffs

HEATHER FERBERT, City Attorney
M. TRAVIS PHELPS, Assistant City Attorney
PAUL H. JAMES, Deputy City Attorney
California State Bar No. 227228
    Office of the City Attorney
    1200 Third Avenue, Suite 1100
    San Diego, California 92101-4100
    Telephone:  (619) 533-5800
    Facsimile:   (619) 533-5856
Attorneys for Defendants City of San Diego

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOE CORDERO, PATRICK FISHER, ROBERT RUDE, KRIS WALB, and All Others Similarly Situated,<br><br>       Plaintiffs,<br><br>v.<br><br>CITY OF SAN DIEGO, and DOES 1-20, inclusive,<br><br>       Defendant. | Case No. 3:23-cv-00365-LAB-JLB<br><br>**JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>Judge: Hon. M. James Lorenz<br>Court Room: 5B<br><br>Mag Judge: Hon. Jill L. Burkhardt<br>Chambers Rm: #5140 |

    Plaintiffs, Noe Cordero, et al. and all Plaintiffs who consented to join this action (Plaintiffs) and Defendant City of San Diego (City), by and through their respective counsel of record, jointly move to dismiss all claims asserted against the City WITH

PREJUDICE, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs, expenses and attorneys' fees.

Respectfully submitted,

Dated: September 8, 2025        LAW OFFICE OF MICHAEL CONGER

By  s/ Michael Conger
    _____
    Michael Conger
    Attorneys for Plaintiffs, Noe Cordero, et al

Dated: September 8, 2025        HEATHER FERBERT, City Attorney

By  s/Paul H. James
    _____
    Paul H. James
    Deputy City Attorney
    Attorneys for Defendant City of San Diego

## SIGNATURE CERTIFICATION

Under Electronic Case Filing Administrative Policies & Procedures Manual Section 2(f)(4), I certify that the contents of this document are acceptable to Plaintiff's Counsel, Mike Conger, and that I have obtained authorization to affix his electronic signature to this document.

Dated: September 8, 2025        HEATHER FERBERT, City Attorney

By  /s/ Paul H. James
    _____
    Paul H. James
    Deputy City Attorney
    Attorneys for Defendant City of San Diego