UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOE CORDERO et al., <br><br>    Plaintiffs, <br><br> v. <br><br> CITY OF SAN DIEGO, <br><br>    Defendant. | CASE NO. 3:23-cv-00365-L-JLB <br><br> **ORDER OF DISMISSAL** <br><br> [ECF NO. 53] |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Joint Motion to Dismiss with Prejudice (ECF No. 53) is granted.  This action is dismissed with prejudice. Each party shall bear its own costs, expenses, and attorneys' fees.

**IT IS SO ORDERED.**

Dated:  September 10, 2025

_____
Hon. M. James Lorenz
United States District Judge